NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: UNIVERSITY OF NOTRE DAME,**
*Appellant*

_____

2021-2269

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/074,339.

_____

**JUDGMENT**

_____

MARTIN JAMES COSENZA, II, Pilloff Passino & Cosenza LLP, Alexandria, VA, argued for appellant University of Notre Dame. Also represented by SEAN ALLEN PASSINO, RACHEL KAREN PILLOFF.

PETER JOHN SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by BENJAMIN T. HICKMAN, THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 12, 2022        /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                   Clerk of Court